**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CAROLYN ROLLINS and LESTER ROLLINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NUMBER: ) 2:05-cv-00452-MHT-SRW ) |
| BAYER CORPORATION, | ) ) |
| Defendant. | ) |

**DEFENDANT BAYER CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. *R. Civ. P. 7.1(a)*, defendant Bayer Corporation, ("Bayer") provides the following Corporate Disclosure Statement. Bayer's parent corporation is Bayer, A. G. and no publicly held company, other than Bayer, A.G., owns 10% or more of Bayer's stock.

s/Brian A. Wahl<br>
Brian A. Wahl  (WAH003)<br>
One of the Attorneys for Bayer Corporation

**OF COUNSEL:**
Jay D. St. Clair (STC001)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000 (Telephone)
(205) 521-8800 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFFS**
Leila H. Watson, Esquire
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/ Brian A. Wahl
Brian A. Wahl
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: bwahl@bradleyarant.com