# EXHIBIT "A"

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-3271
WWW.FULBRIGHT.COM

LANA K. VARNEY
PARTNER
LVARNEY@FULBRIGHT.COM

DIRECT DIAL:   (512) 536-4594
TELEPHONE:   (512) 474-5201
FACSIMILE:   (512) 536-4598

June 20, 2005

**VIA FEDERAL EXPRESS**

Ms. April Layne
Docket Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Bldg, Room G255
Washington, D.C. 20002-8004

Re:   MDL-1407 - In re Phenylpropanolamine (PPA) Products Liability Litigation

Dear Ms. Layne:

Pursuant to Rule 13(e) R.P.J.P.M.L., attached is the one hundred twenty-eighth list of potential tag-along cases in which Bayer Corporation is a defendant. Enclosed please find copies of the complaints for these cases.

Thank you very much for your assistance. Please call me if you have any questions.

Very truly yours,

*Lana K. Varney w/ permission*
Lana K. Varney

LKV/aeg
Attachment/Enclosures
cc:   All Counsel of Record (*via facsimile* w/ attachment, w/out enclosures)
      Clerks of the District Courts (*via facsimile or certified mail* w/ attachment, w/out enclosures)

30948512.1

AUSTIN • DALLAS • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS • MUNICH • NEW YORK • SAN ANTONIO • WASHINGTON DC

## BAYER'S ONE-HUNDRED TWENTY-EIGHTH LIST OF POTENTIAL TAG ALONG CASES
### 6/20/05

| Case Name | District | Cause Number |
|---|---|---|
| **Alabama** | | |
| *Mary J. Knight v. Bayer Corporation* | Middle District Montgomery Division | 3:05-CV-453 |
| *Roosevelt Mason v. Bayer Corporation* | Southern District Mobile Division | 05-CV-494 |
| *Greg Mitchell v. Bayer Corporation* | Southern District Mobile Division | 05-CV-293 |
| *Carolyn Rollins v. Bayer Corporation* | Middle District Montgomery Division | 2:05-CV-452 |
| *Judy Bell Smith v. Bayer Corporation* | Southern District Mobile Division | 05-CV-292 |
| *Jeanette Williamson v. Bayer Corporation* | Middle District Montgomery Division | 2:05-CV-454 |

30948509.1