IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN ROLLINS and </br> LESTER ROLLINS, </br> </br>     Plaintiffs, </br> </br>     v. </br> </br> BAYER CORPORATION, </br> </br>     Defendant. | ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. </br> )    2:05cv452-T </br> ) </br> ) </br> ) </br> ) |

### ORDER

Counsel for plaintiffs having orally informed the court that plaintiffs do not object to defendant's motion to suspend duties (Doc. No. 7), it is ORDERED that said motion is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of June, 2005.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**