RECEIVED

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

2005 JUL 25 P 2: 25

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8453

July 19, 2005

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104-4018

**IN RE: MDL 1407 (PPA) PHENYLPROPANOLAMINE PRODUCTS LIABILITY LITIGATION**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order (CTO 70) entered by the Judicial Panel on Multidistrict Litigation. The order became effective on July 18, 2005. We have assigned an individual Western District of Washington (WAW) case number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your files, please refer to the WAWD civil action number. If you are a CM/ECF court you may provide a copy of the case by submitting documents in pdf form on a disc along with a certified copy of the docket sheet. Please do not email a login and password to access the case.

| Case Title | Original Case Number | WAWD Case Number |
|---|---|---|
| Carolyn Rollins, et al v. Bayer Corp. | ALM 2:05-452 | 05cv1257 |
| Jeanette Williamson v. Bayer Corp. | ALM 2:05-454 | 05cv1258 |
| Mary J. Knight v. Bayer Corp. | ALM 3:05-453 | 05cv1259 |

Sincerely,

BRUCE RIFKIN, CLERK

*Lisa Tardiff*

Deputy Clerk
206-370-8453

A CERTIFIED TRUE COPY

JUL 1 5 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

```
___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

    JUL 1 8 2005

       AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY
```

DOCKET NO. 1407

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2005 JUL 25   JUN 2 9 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-70)

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,766 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By [signature]

# SCHEDULE CTO-70 - TAG-ALONG ACTIONS
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  05-452 | Carolyn Rollins, et al. v. Bayer Corp. |
| ALM  2  05-454 | Jeanette Williamson v. Bayer Corp. |
| ALM  3  05-453 | Mary J. Knight v. Bayer Corp. |
| **ALABAMA SOUTHERN** | |
| ALS  2  05-292 | Judy Bell Smith v. Bayer Corp. |
| ALS  2  05-293 | Greg Mitchell, et al. v. Bayer Corp. |
| ALS  2  05-294 | Roosevelt Mason, et al. v. Bayer Corp. |
| **MONTANA** | |
| MT   2  05-26 | Sandra Sales v. L. Perrigo Co. |
| **OKLAHOMA WESTERN** | |
| OKW  5  05-617 | Carole Ramsey v. Bayer Corp. |

RECEIVED 2005 JUL 25 P 2:2?