## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 28, 2005

### NOTICE OF MDL FILE TRANSFER

Bruce Rifkin, Clerk
Attn: MDL Clerk, Lisa Tardiff
United States District Court
Western District of Washington
700 Stewart Street
Seattle, Washington 98101

In Re:   MDL 1407
Your Case No. 05cv1257
MDAL Case No. 2:05cv452
Carolyn Rollins, et al. Vs. Bayer Corp.

Dear Sir:

In response to your letter received July 25, 2005, please find enclosed our Court file in the above-styled cause.

Also, enclosed is a certified copy of all docket entries along with a CD containing all PDF documents attached to docket entries in this case. Please acknowledge receipt by returning to us the enclosed copy of this letter.

If we can be of further assistance, please advise.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
Deputy Clerk

DPH/dy

Enclosures

cc: Counsel of record