**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Rifkin, Clerk
Attn: MDL, Lisa Tardiff
United States District Court
Western District of Washington
700 Stewart Street
Seattle, Washington 98101-9906

05-452, 05-453, 05-454

2. Article Number
(Transfer from service label)

7004 2510 0001 0150 5672

PS Form 3811, February 2004      Domestic Return Receipt    MDC Transfer    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____      ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/1/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

AUG 0 1 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes